# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2020
_____

ELISE H. SLOAN, Individually
and Elise H. Sloan, as Successor
Trustee of The Heffelfinger
Family Revocable Trust Dated
August 19, 2004,

    Appellant/Cross-Appellee.

    v.

ELAIN HEFFELFINGER,

    Appellee/Cross-Appellant.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

September 11, 2019

PER CURIAM.

    AFFIRMED.

RAY, C.J., and ROBERTS and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Leonard E. Ireland Jr. of Clayton-Johnston, P.A., Gainesville, and Undine C. George and Pamela M. M. Holcombe of Anastasia Law, St. Augustine, for Appellant/Cross-Appellee.

Jack M. Ross of Siegel Hughes & Ross, Gainesville, and Larry E. Ciesla, Gainesville, for Appellee/Cross-Appellant.